# Third District Court of Appeal

## State of Florida

Opinion filed April 23, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0436
Lower Tribunal No. F13-8045

_____


**Robert Rodriguez,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Robert Rodriguez, in proper person.

James Uthmeier, Attorney General, for appellee.


Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See Hitchcock v. State, 866 So. 2d 23, 27–28 (Fla. 2004) ("Rule 3.853 is not intended to be a fishing expedition. . . . It was Hitchcock's burden to explain, with reference to specific facts about the crime and the items he wished to have tested, '*how* the DNA testing requested by the motion will exonerate the movant of the crime for which the movant was sentenced, or . . . will mitigate the sentence received by the movant for that crime.' He has not met that burden." (quoting in part Fla. R. Crim. P. 3.853(b)(3))).